Certificate Number: 14912-PAM-DE-027884093

Bankruptcy Case Number: 16-01373



14912-PAM-DE-027884093

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on August 9, 2016, at 7:09 o'clock PM EDT, Linda Stock completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: August 9, 2016    By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor