UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Michael J. Stock and Linda M. Stock, Debtors. | CHAPTER 13 |
| | BANKRUPTCY CASE NUMBER 16-01373/RNO |
| JPMorgan Chase Bank, N.A., Movant, | |
| v. | |
| Michael J. Stock and Linda M. Stock, Respondents/Debtors, | |
| Charles J. DeHart, III Additional Respondent. | |

## **PRAECIPE**

To The Clerk, United States Bankruptcy Court:

    Kindly withdraw, without prejudice, Movant, JPMorgan Chase Bank, N.A.'s Objection to Confirmation of Chapter 13 Plan filed with the Court on May 23, 2016.

                          Respectfully submitted,

Dated: August 25, 2016                BY: /s/ Kevin S. Frankel
                                                     Kevin S. Frankel, Esquire
                                                     Shapiro & DeNardo, LLC
                                                     3600 Horizon Drive, Suite 150
                                                     King of Prussia, PA 19406
                                                     (610)278-6800/ fax (847) 954-4809
S&D File #:16-052915                 PA BAR ID #318323
                                                     pabk@logs.com