| | | | |
|---|---|---|---|
| Debtor 1 | **Michael J. Stock** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Linda M. Stock** | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF PENNSYLVANIA**

Case number **1:16-bk-01373-RNO**

■ Check if this is an amended filing

Official Form 106A/B
# Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☐ No. Go to Part 2.

   ■ Yes. Where is the property?

1.1

**610 Garriston Rd**
Street address, if available, or other description

**York Haven**  **PA**  **17370-0000**
City  State  ZIP Code

**York**
County

What is the property? Check all that apply
- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

Who has an interest in the property? Check one
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Liquidation value: $269,100

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property? **$299,000.00**

Current value of the portion you own? **$299,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ Check if this is community property (see instructions)

---

**1.2** If you own or have more than one, list here:

**419 Ross Ave**
Street address, if available, or other description

**New Cumberland**  **PA**  **17070-0000**
City               State   ZIP Code

**Cumberland**
County

What is the property? Check all that apply
- [ ] Single-family home
- [x] Duplex or multi-unit building
- [ ] Condominium or cooperative
- [ ] Manufactured or mobile home
- [ ] Land
- [ ] Investment property
- [ ] Timeshare
- [ ] Other

Who has an interest in the property? Check one
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $137,000.00 | $137,000.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

- [ ] Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number:

**Rental Property**
**Liquidation value: $123,300**

---

**1.3** If you own or have more than one, list here:

**876-878 School House Lane**
Street address, if available, or other description

**Lewisberry**  **PA**  **17339-0000**
City            State  ZIP Code

**York**
County

What is the property? Check all that apply
- [ ] Single-family home
- [x] Duplex or multi-unit building
- [ ] Condominium or cooperative
- [ ] Manufactured or mobile home
- [ ] Land
- [ ] Investment property
- [ ] Timeshare
- [ ] Other

Who has an interest in the property? Check one
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $123,000.00 | $123,000.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Joint tenant**

- [ ] Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number:

**Rental Property**
**Liquidation value: $110,700**

Debtor 1 Michael J. Stock
Debtor 2 Linda M. Stock
Case number (if known) 1:16-bk-01373-RNO

1.4 If you own or have more than one, list here:

**54 Lexton Street**
Street address, if available, or other description

**York**     **PA**     **17404-0000**
City     State     ZIP Code

**York**
County

What is the property? Check all that apply
- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

Who has an interest in the property? Check one
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Value per CMA Dated January 5, 2017 - Debtors are Co-Owners and Co-Signors for Daughter's Home & Mortgage

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property? **$79,900.00**
Current value of the portion you own? **$79,900.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
**Joint tenant**

☐ Check if this is community property (see instructions)

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here........................................=> **$638,900.00**

**Part 2:** Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases*.

3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

☐ No
■ Yes

3.1 Make: **Toyota**
Model: **Sequoia**
Year: **2001**
Approximate mileage: **230,000.00**
Other information:

Who has an interest in the property? Check one
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property? **$2,100.00**
Current value of the portion you own? **$2,100.00**

4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories
Examples: Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here........................................=> **$2,100.00**

**Part 3:** Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

Official Form 106A/B     Schedule A/B: Property     page 3

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
■ Yes. Describe.....

| Kitchen table with 6 chairs, dining room table with 6 chairs, dining room server, china cabinet, sectional sofa, 2 media centers, 36" tv, 3 chairs, 2 end tables, coffee table, 2 lamps, floor lamp, 2 recliners, 2 loveseats, pool table, projection tv, 5 bar stools, washer, dryer, king sized bed, 3 dressers with mirrors, 3 chests of drawers, 32" tv, 2 tv stands, 3 night stands, 2 full sized beds, 2 desks, 5 office chairs, drafting table, 28" tv, 3 5-drawer file cabinets, 3-drawer filing cabinet | $10,000.00 |
|---|---|

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
■ No
☐ Yes. Describe.....

**8. Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
■ No
☐ Yes. Describe.....

**9. Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
■ No
☐ Yes. Describe.....

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
■ No
☐ Yes. Describe.....

**11. Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
☐ No
■ Yes. Describe.....

| Normal wearing appearal | $200.00 |
|---|---|

**12. Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
☐ No
■ Yes. Describe.....

| Engagement ring, wedding bands and costume jewelry | $2,500.00 |
|---|---|

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses
■ No
☐ Yes. Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**
■ No
☐ Yes. Give specific information.....

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ................................................................  $12,700.00

### Part 4: Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

Current value of the portion you own? Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ■ No
    ☐ Yes.............

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ■ Yes.......................                        Institution name:

    | 17.1. | Checking | Members 1st | $1,430.42 |
    | 17.2. | Savings  | Members 1st | $33,703.11 |
    | 17.3. | Checking | Santander   | $2,056.32 |
    | 17.4. | Savings  | Metro Bank  | $800.00 |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes.............  Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☐ No
    ■ Yes. Give specific information about them...............
    Name of entity:                                         % of ownership:

    Stock Mechanicals, Inc.
    Assets: 2006 Ford F350, 2004 Ford E450, 2002
    Ford E450, 1995 Ford F250, 2001 John Deere
    skid loader                                             100%     %       $17,500.00

    M&L, LLC d/b/a Lincoln Bowling Center
    All assets repossessed                                  100      %       $0.00

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
              Issuer name:

Debtor 1  Michael J. Stock
Debtor 2  Linda M. Stock         Case number (if known) 1:16-bk-01373-RNO

21. **Retirement or pension accounts**
    Examples: Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ■ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| IRA | Fidelity - 00618602700 | $58,215.61 |
| IRA | Fidelity - 00700329444 | $78,781.46 |
| IRA | Fidelity - 00618602692 | $16,551.00 |
| IRA | Fidelity - 00700329469 | $45,479.68 |
| IRA | Edge - 8L7-30P02 | $20,074.27 |

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    Examples: Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. ..................... Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes............. Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes............. Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    Examples: Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    Examples: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes. Give specific information about them...

**Money or property owed to you?**                                                              Current value of the portion you own? Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**
    ■ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years........

29. **Family support**
    Examples: Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No

☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ■ No
    ☐ Yes. Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ☐ No
    ■ Yes. Name the insurance company of each policy and list its value.

    | Company name: | Beneficiary: | Surrender or refund value: |
    |---|---|---|
    | MetLife Term Policy | Michael or Linda Stock | $0.00 |
    | MetLife Wole Life Policy | Michael Stock | $4,500.00 |
    | MetLife Whole Life Policy | Linda Stock | $5,300.00 |
    | Washington National Whole Life Policy | Michael Stock | $0.00 |

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ■ No
    ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ■ No
    ☐ Yes. Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes. Give specific information..

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here................................................................................................................ $284,391.87

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. Do you own or have any legal or equitable interest in any business-related property?
    ☐ No. Go to Part 6.
    ■ Yes. Go to line 38.

Current value of the portion you own? Do not deduct secured claims or exemptions.

38. Accounts receivable or commissions you already earned
    - ■ No
    - ☐ Yes. Describe.....

39. Office equipment, furnishings, and supplies
    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
    - ■ No
    - ☐ Yes. Describe.....

40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade
    - ☐ No
    - ■ Yes. Describe.....

    | Misc tools | $10,000.00 |
    |---|---|

41. Inventory
    - ■ No
    - ☐ Yes. Describe.....

42. Interests in partnerships or joint ventures
    - ■ No
    - ☐ Yes. Give specific information about them...................
      Name of entity:                    % of ownership:

43. Customer lists, mailing lists, or other compilations
    - ■ No.
    - ☐ Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?
        - ■ No
        - ☐ Yes. Describe.....

44. Any business-related property you did not already list
    - ■ No
    - ☐ Yes. Give specific information..........

45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here.................................................................................................................. | $10,000.00 |

**Part 6: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?
    - ■ No. Go to Part 7.
    - ☐ Yes. Go to line 47.

**Part 7:  Describe All Property You Own or Have an Interest In That You Did Not List Above**

| Debtor 1 | Michael J. Stock | | |
|---|---|---|---|
| Debtor 2 | Linda M. Stock | Case number *(if known)* | 1:16-bk-01373-RNO |

53. Do you have other property of any kind you did not already list?
    *Examples:* Season tickets, country club membership
    ☐ No
    ■ Yes. Give specific information..........

    | Time Share (3401 Atlantic Avenue, Virginia Beach, VA) | $0.00 |
    |---|---|

54. Add the dollar value of all of your entries from Part 7. Write that number here ................................ $0.00

### Part 8: List the Totals of Each Part of this Form

55. Part 1: Total real estate, line 2 ......................................................................................... $638,900.00
56. Part 2: Total vehicles, line 5 — $2,100.00
57. Part 3: Total personal and household items, line 15 — $12,700.00
58. Part 4: Total financial assets, line 36 — $284,391.87
59. Part 5: Total business-related property, line 45 — $10,000.00
60. Part 6: Total farm- and fishing-related property, line 52 — $0.00
61. Part 7: Total other property not listed, line 54 — + $0.00

62. Total personal property. Add lines 56 through 61... $309,191.87    Copy personal property total    $309,191.87

63. Total of all property on Schedule A/B. Add line 55 + line 62    $948,091.87

Fill in this information to identify your case:

Debtor 1: Michael J. Stock
 First Name / Middle Name / Last Name

Debtor 2: Linda M. Stock
(Spouse if, filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: MIDDLE DISTRICT OF PENNSYLVANIA

Case number (if known): 1:16-bk-01373-RNO

■ Check if this is an amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1: List All Secured Claims**

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|

**2.1** Chase Corporation
Creditor's Name

10790 Rancho Bernaro
San Diego, CA 92127
Number, Street, City, State & Zip Code

Describe the property that secures the claim:
610 Garriston Rd York Haven, PA 17370 York County
Liquidation value: $269,100

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $52,360.00  Column B: $299,000.00  Column C: $0.00

Who owes the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset) **First Mortgage**

Date debt was incurred 7/21/2003    Last 4 digits of account number 9322

**2.2** Chase Corporation
Creditor's Name

10790 Rancho Bernaro
San Diego, CA 92127
Number, Street, City, State & Zip Code

Describe the property that secures the claim:
876-878 School House Lane Lewisberry, PA 17339 York County
Rental Property
Liquidation value: $110,700

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $120,374.00  Column B: $123,000.00  Column C: $0.00

Who owes the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset) **First Mortgage**

| Debtor 1 | Michael J. Stock | | | Case number (if know) | 1:16-bk-01373-RNO |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | Linda M. Stock | | | | |
| | First Name | Middle Name | Last Name | | |

Date debt was incurred  10/13/2006     Last 4 digits of account number  4460

| 2.3 | Ditech Financial LLC | Describe the property that secures the claim: | $109,414.00 | $137,000.00 | $0.00 |
|---|---|---|---|---|---|
| | Creditor's Name | 419 Ross Ave New Cumberland, PA 17070 Cumberland County Rental Property Liquidation value: $123,300 | | | |

P.O. Box 6172
Rapid City, SD 57709
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  First Mortgage

Date debt was incurred  8/11/2006     Last 4 digits of account number  6224

| 2.4 | M&T Bank | Describe the property that secures the claim: | $99,131.47 | $299,000.00 | $0.00 |
|---|---|---|---|---|---|
| | Creditor's Name | 610 Garriston Rd York Haven, PA 17370 York County Liquidation value: $269,100 | | | |

1 Fountain Plz Fl 4
Buffalo, NY 14203
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  Third Lien/Mortgage

Date debt was incurred  10/04/2010     Last 4 digits of account number

| 2.5 | Members 1st FCU | Describe the property that secures the claim: | $94,359.00 | $299,000.00 | $0.00 |
|---|---|---|---|---|---|
| | Creditor's Name | 610 Garriston Rd York Haven, PA 17370 York County Liquidation value: $269,100 | | | |

5000 Louise Drive
Mechanicsburg, PA 17055
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit

| Debtor 1 | Michael J. Stock | | | Case number (if know) | 1:16-bk-01373-RNO |
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | Linda M. Stock | | | | |
| | First Name | Middle Name | Last Name | | |

☐ Check if this claim relates to a community debt  
■ Other (including a right to offset) **Second Lien/Line of Credit**

Date debt was incurred **05/28/2010**   Last 4 digits of account number **8277**

| 2.6 | Wells Fargo Bank, NA | Describe the property that secures the claim: | $83,986.83 | $79,900.00 | $4,086.83 |

Creditor's Name

54 Lexton Street York, PA 17404
York County
Value per CMA Dated January 5, 2017 - Debtors are Co-Owners and Co-Signors for Daughter's Home & Mortgage

1000 Blue Gentian Road
MAC# N9286-01Y
Eagan, MN 55121-7700

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset) **Mortgage**

Date debt was incurred **10/14/2009**   Last 4 digits of account number **0147**

Add the dollar value of your entries in Column A on this page. Write that number here: **$559,625.30**
If this is the last page of your form, add the dollar value totals from all pages.
Write that number here: **$559,625.30**

**Part 2:** List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.