UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
: CASE NO. 1:16-bk-01373-RNO
MICHAEL J. STOCK and : CHAPTER 13
LINDA M. STOCK :
Debtors :
:
MICHAEL J. STOCK and :
LINDA M. STOCK :
    Movants :
    v. :
WELLS FARGO BANK, N.A., :
YORK COUNTY ASSESSMENT & :
TAX CLAIM BUREAU, MANCHESTER :
TOWNSHIP, CENTRAL YORK :
SCHOOL DISTRICT :
    Respondents :

## ORDER SHORTENING NOTICE

Upon consideration of the Motion of the Debtors to Shorten Notice and it appearing that such shortened notice is necessary in order to allow the Debtors to close under a sale by the date set forth in an Agreement of Sale, and to enhance the Debtor's opportunity to reorganize, it is

**HEREBY ORDERED** that the time to object to the Debtors' Motion to Approve Sale of Real Property known as and located at 54 Lexton Drive, York, York County, Pennsylvania (the "Real Property") free and clear of all liens, claims, encumbrances and other interests is shortened to ten (10) days; and it is

**FURTHER ORDERED** that the Debtor should mail the Notice of the Motion and hearing within two (2) days of the date of this Order.

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge
(BI)

Dated: July 31, 2017