# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE**:

| | | |
|---|---|---|
| **MICHAEL J. STOCK and LINDA M. STOCK** — Debtor(s) | Chapter: | **13** |
| | Case Number: | **1-16-bk-01373 RNO** |
| **MICHAEL J. STOCK and LINDA M. STOCK** — Movant(s) vs. | Document No.: | **77** |
| **WELLS FARGO BANK, N.A., YORK COUNTY ASSESSMENT & TAX CLAIM BUREAU, MANCHESTER TOWNSHIP, CENTRAL YORK SCHOOL DISTRICT** — Respondent(s) | Nature of Proceeding: | **Motion for Expedited Hearing** |

# ORDER

After due consideration of the Motion for Expedited Hearing ("Motion for Expedited Hearing") regarding Debtors' Motion to Approve Sale of Real Property Free and Clear of All Liens, Claims, Encumbrances, and Other Interests (54 Lexton Drive, York, PA 17404) ("Motion for Sale Free and Clear"), it is

ORDERED that the Motion for Expedited Hearing is GRANTED; and,

FURTHER ORDERED that a hearing on the Motion for Sale Free and Clear is scheduled for **Wednesday, August 16, 2017**, at **10:00 a.m.**, in Bankruptcy Courtroom, Third Floor, Ronald Reagan Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania; and,

FURTHER ORDERED that the underlying Motion for Sale Free and Clear must be filed to the docket as a separate docket entry no later than 12:00 p.m., Tuesday, August 1, 2017; and,

FURTHER ORDERED that Movant shall immediately cause a copy of this Order and the underlying Motion for Sale Free and Clear to be served upon all Respondents and any known counsel, the Chapter 13 Trustee, and the United States Trustee by electronic and/or facsimile service. The Movant shall file a certificate of service with the Court, no later than Wednesday, August 2, 2017, at 4:00 p.m., showing that service in accordance with this Order has been properly effectuated.

Parties/counsel wishing to appear telephonically for the above-scheduled hearing may utilize CourtCall, an independent conference call company. The procedures for use of CourtCall are available at this Court's webpage at www.pamb.uscourts.gov.

By the Court,

_Robert N. Opel, II_
Robert N. Opel, II, Chief Bankruptcy Judge
(BI)

Date: July 31, 2017