16-0727

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: <br> Michael J. Stock <br> Linda M. Stock <br>                      Debtors <br> WELLS FARGO BANK, N.A. <br>                      Movant <br> v. <br> Michael J. Stock <br> Linda M. Stock <br>  and <br> Charles J. DeHart, III, Esquire <br>                      Respondents | 16-01373 RNO <br><br> Chapter 13 Proceeding <br><br> Related to Document #: 86 |

**PRAECIPE TO WITHDRAW LIMITED OBJECTION
TO DEBTOR'S MOTION FOR SALE OF PROPERTY FREE AND CLEAR OF LIENS**

TO THE COURT:

     Movant, WELLS FARGO BANK, N.A., respectfully withdraws its Limited Objection to Debtor's Motion for Sale of Property Free and Clear of Liens, which was filed on 8/8/2017, at docket #86.

                                    POWERS KIRN & ASSOCIATES, LLC

                                    By: **/s/ Jill Manuel-Coughlin, Esquire**
                                    Attorney ID# 63252
                                    Eight Neshaminy Interplex, Suite 215
                                    Trevose, PA 19053
                                    Telephone: 215-942-2090
                                    E-mail: Jill@pkjllc.com
                                    Attorney for Movant

Dated: August 15, 2017

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Michael J. Stock<br>Linda M. Stock<br>      Debtors<br>WELLS FARGO BANK, N.A.<br>      Movant<br>v.<br>Michael J. Stock<br>Linda M. Stock<br> and<br>Charles J. DeHart, III, Esquire<br>      Respondents | 16-01373 RNO<br><br>Chapter 13 Proceeding<br><br>Related to Document #: |

## CERTIFICATION OF SERVICE OF
## PRAECIPE TO WITHDRAW

I, Jill Manuel-Coughlin, Esquire, hereby certify under penalty of perjury that I served the above captioned parties at the address specified below or on the attached list on August 15, 2017:

The type of service made on the parties (first-class mail, electronic notification, hand delivery or another type of service) was <u>service by electronic notification and first class U.S. mail.</u>

**Parties Served via Electronic Notification:**

| | |
|---|---|
| Robert E. Chernicoff, Esquire<br>2320 North Second Street<br>Harrisburg, PA  17110<br>Attorney for Debtor(s) | Charles J. DeHart, III, Esquire<br>8125 Adams Drive, Suite A<br>Hummelstown PA  17036<br>Trustee |

**Parties Serviced via First Class Mail:**

Michael J. Stock
Linda M. Stock
610 Garriston Road
York Haven, PA  17370
Debtors

           POWERS KIRN & ASSOCIATES, LLC

           By:  **/s/  Jill Manuel-Coughlin, Esquire**
           Attorney ID# 63252
           Eight Neshaminy Interplex, Suite 215
           Trevose, PA 19053
           Telephone: 215-942-2090
           E-mail: Jill@pkjllc.com
           Attorney for Movant