```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 16-01373-RNO
Michael J Stock                                                 Chapter 13
Linda M Stock
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1           User: karendavi           Page 1 of 1           Date Rcvd: Aug 17, 2017
                               Form ID: pdf010           Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 19, 2017.
```
         +CENTRAL YORK SCHOOL DISTRICT,    775 MARION ROAD,    YORK, PA 17406-1555
          MANCHESTER TOWNSHIP,    3200 FARMTRAIL ROAD,    YORK, PA  17406-5699
         +YORK COUNTY ASSESSMENT &,    TAX CLAIM OFFICE,    28 E MARKET STREET #105,    YORK, PA 17401-1587
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2017                                      Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 17, 2017 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com, dehartstaff@pamd13trustee.com
              Christopher E Rice    on behalf of Creditor   Members 1st Federal Credit Union
               crice@martsonlaw.com, teckenroad@martsonlaw.com
              Jill  Manuel-Coughlin    on behalf of Creditor   WELLS FARGO BANK, N.A. jill@pkjllc.com,
               chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              Johanna Hill Rehkamp    on behalf of Debtor Michael J Stock jhr@cclawpc.com,
               jlaughman@cclawpc.com;jbartley@cclawpc.com
              Johanna Hill Rehkamp    on behalf of Joint Debtor Linda M Stock jhr@cclawpc.com,
               jlaughman@cclawpc.com;jbartley@cclawpc.com
              Joshua I Goldman    on behalf of Creditor   JP Morgan Chase Bank, NA bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin S Frankel    on behalf of Creditor   JPMORGAN CHASE BANK, N.A. pa-bk@logs.com
              Peter E Meltzer    on behalf of Creditor   Manufacturers and Traders Trust Co.
               bankruptcy@wglaw.com, state@wglaw.com
              Robert E Chernicoff    on behalf of Joint Debtor Linda M Stock rec@cclawpc.com,
               jbartley@cclawpc.com;jlaughman@cclawpc.com;jhr@cclawpc.com
              Robert E Chernicoff    on behalf of Debtor Michael J Stock rec@cclawpc.com,
               jbartley@cclawpc.com;jlaughman@cclawpc.com;jhr@cclawpc.com
              Thomas I Puleo    on behalf of Creditor   JPMORGAN CHASE BANK, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 12
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

MICHAEL J. STOCK
LINDA M. STOCK

* Debtor(s)

| | |
|---|---|
| Chapter: | 13 |
| Case Number: | 1-16-bk-01373 RNO |
| Document No.: | 90 |

# ORDER VACATING

**IT IS HEREBY ORDERED** that the Order Granting Motion for Sale of Property Free and Clear of Liens entered on August 16, 2017 is being vacated by this Order as having been entered in error.

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge
(BI)

Date: August 17, 2017

MDPA-ORDERVACATE-REV 04/12