

U.S. Bankruptcy Court
Middle District of Pennsylvania

November 3, 2017

RE: Michael & Linda Stock
    Case # 16-01373
    Claim #2-1
    Claim Amount: $105652.96
    Filed 5-17-16

Dear Clerk:

Please withdraw Claim #2-1 in the above mentioned case.

The claim has been satisified.

Thank you in advance.

**Thank you,**

**Alfred Krombach**
M&T Bank
Business Banking Bankruptcy Specialist
475 CrossPoint Parkway
Getzville, NY 14068
800-338-4728 ext 8411
Fax 855-700-0371
akrombach@mtb.com | mtb.com