```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

```
In re:                                                   Case No. 16-01373-HWV
Michael J Stock                                          Chapter 7
Linda M Stock
        Debtors
```

<h2 align="center">CERTIFICATE OF NOTICE</h2>

```
District/off: 0314-1        User: karendavi       Page 1 of 1        Date Rcvd: Nov 06, 2017
                            Form ID: pdf010        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 08, 2017.
db/jdb        +Michael J Stock,    Linda M Stock,    610 Garriston Road,    York Haven, PA 17370-9160

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2017                              Signature:  /s/Joseph Speetjens

---

<h2 align="center">CM/ECF NOTICE OF ELECTRONIC FILING</h2>


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 6, 2017 at the address(es) listed below:
          Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
          Christopher E Rice   on behalf of Creditor   Members 1st Federal Credit Union
           crice@martsonlaw.com,   teckenroad@martsonlaw.com
          Jill Manuel-Coughlin   on behalf of Creditor   WELLS FARGO BANK, N.A. jill@pkjllc.com,
           chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
          Johanna Hill Rehkamp    on behalf of Debtor 1 Michael J Stock jhr@cclawpc.com,
           jlaughman@cclawpc.com;jbartley@cclawpc.com
          Johanna Hill Rehkamp    on behalf of Debtor 2 Linda M Stock jhr@cclawpc.com,
           jlaughman@cclawpc.com;jbartley@cclawpc.com
          Joshua I Goldman   on behalf of Creditor   JP Morgan Chase Bank, NA bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Kevin S Frankel   on behalf of Creditor   JPMORGAN CHASE BANK, N.A. pa-bk@logs.com
          Peter E Meltzer   on behalf of Creditor   Manufacturers and Traders Trust Co.
           bankruptcy@wglaw.com,   state@wglaw.com
          Robert E Chernicoff   on behalf of Debtor 1 Michael J Stock rec@cclawpc.com,
           jbartley@cclawpc.com;jlaughman@cclawpc.com;jhr@cclawpc.com
          Robert E Chernicoff    on behalf of Debtor 2 Linda M Stock rec@cclawpc.com,
           jbartley@cclawpc.com;jlaughman@cclawpc.com;jhr@cclawpc.com
          Thomas I Puleo   on behalf of Creditor   JPMORGAN CHASE BANK, N.A. tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                          TOTAL: 12

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | : | CASE NO. 1:16-bk-01373-HWV |
| MICHAEL J. STOCK and | : | |
| LINDA M. STOCK, | : | |
| Debtors. | : | CHAPTER 13 |

## ORDER

Upon consideration of the Motion to Convert Case to Chapter 7 filed by Michael J. Stock

and Linda M. Stock with respect to their Chapter 13 case, it is

**HEREBY ORDERED** that the Chapter 13 case of Michael J. Stock and Linda M. Stock,

Case No. 1:16-01373, is converted to a case under Chapter 7.

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Bankruptcy Judge

(KB)

Dated: November 6, 2017