```
In re:                                                          Case No. 16-01373-HWV
Michael J Stock                                                 Chapter 7
Linda M Stock
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-1          User: karendavi          Page 1 of 2          Date Rcvd: Feb 13, 2018
                              Form ID: ntasset         Total Noticed: 37
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2018.
```
db/jdb       +Michael J Stock,    Linda M Stock,   610 Garriston Road,    York Haven, PA 17370-9160
cr           +Ditech Financial LLC,    14841 Dallas Parkway, Suit 300,    Dallas, TX 75254-7883
cr           +JPMORGAN CHASE BANK, N.A.,    c/o Kevin S. Frankel, Esquire,   Shapiro & DeNardo, LLC,
              3600 Horizon Drive,   Suite 150,    King of Prussia, PA 19406-4702
4771056      +ADP MECHANICSBURG,    930 CENTURY DRIVE,    MECHANICSBURG, PA 17055-4504
4771057      +Bowlers Supply, Inc,    2187 Pennsylvania Ave,    York, PA 17404-3294
4771058      +CGA Law Firm, PC,    135 N. George St,    York, PA 17401-1135
4771059      +Chase,   PO Box 469030,    Glendale, CO 80246-9030
4771061      +Colombia Gas of Pennsylvania,    P.O. Box 74537,    Cincinnati, OH 45274-0001
4771062      +Comcast,    P.O. Box 985,    Toledo, OH 43697-0985
4771063      +De Lage Landed Financial,    P.o. box 41602,    Philadelphia, PA 19101-1602
4771065      +Hunter Warfield,    P.O. Box 1022,    Wixom, MI 48393-1022
4831639       JPMorgan Chase Bank, National Association,    Chase Records Center,   Attn: Correspondence Mail,
              Mail Code LA4-5555,    Monroe, LA 71203
4831640      +JPMorgan Chase Bank, National Association,    Chase Records Center,   Attn: Correspondence Mail,
              Mail Code La4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
4771066      +Judith Miller,    2326 Stoverstown Road,    Spring Grove, PA 17362-7825
4771069     +++METROPOLITAN EDISON COMPANY,    P.O. Box 3687,    Akron, OH 44309-3687
4781604      +Members 1st Federal Credit Union,    Christopher E. Rice,   Martson Law Offices,
              10 E. High Street,   Carlisle, PA 17013-3093
4771070      +Penn Waste,    P.O. Box 3066,    York, PA 17402-0066
4771071      +Peter E. Meltzer, Esquire,    2000 Market Street,    13th Floor,   Philadelphia, PA 19103-3204
4771072      +RMS,    1250 E. Diehl Rd,    Suite,    Naperville, IL 60563-9388
4771073      +SBA (SEDA-COG),    201 Furnace Road,    Lewisburg, PA 17837-8043
4771074      +Travelers Indemnity Co,    P.O. box 361136,    Columbus, OH 43236-1136
4771075      +W.B. Mason,    59 Centre St,    Brockton, MA 02301-4075
4771076      +West Manchester Township,    380 East Berlin Road,    York, PA 17408-8700
4771077      +Wholesale Collectors,    P.O. Box 5213,    Janesville, WI 53547-5213
4771078       York County Tax Claim Bureau,    28 East Market Street, Room 110,    York, PA 17401-1577
4771079      +York Water Company,    130 East Market Street,    York, PA 17401-1219
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr           +E-mail/Text: unger@members1st.org Feb 13 2018 19:20:23     Members 1st Federal Credit Union,
              5000 Louise Drive,   Mechanicsburg, PA 17055-4899
cr            EDI: RECOVERYCORP.COM Feb 13 2018 19:18:00     Recovery Management Systems Corporation,
              25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
4792198       EDI: CAPITALONE.COM Feb 13 2018 19:18:00     Capital One Bank (USA), N.A.,   PO Box 71083,
              Charlotte, NC 28272-1083
4877525      +EDI: CHASE.COM Feb 13 2018 19:18:00     Chase,   PO Box 15298,   Wilmington DE 19850-5298
4771060      +EDI: CHASE.COM Feb 13 2018 19:18:00     Chase/Bank One Card Services,   PO box 15298,
              Wilmington, DE 19850-5298
4771064      +E-mail/Text: bankruptcy.bnc@ditech.com Feb 13 2018 19:20:06     Ditech Financial LLC,
              P.O. Box 6172,   Rapid City, SD 57709-6172
4771067       E-mail/Text: camanagement@mtb.com Feb 13 2018 19:20:07     M&T Bank,   1 Fountain Plaza,
              Floor 4,   Buffalo, NY 14203
4771068      +E-mail/Text: unger@members1st.org Feb 13 2018 19:20:23     Members 1st FCU,   5000 Louise Drive,
              Mechanicsburg, PA 17055-4899
4808002       EDI: RECOVERYCORP.COM Feb 13 2018 19:18:00     Recovery Management Systems Corporation,
              25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
4816089       EDI: WFFC.COM Feb 13 2018 19:18:00     Wells Fargo Bank, N.A.,   Default Document Processing,
              MAC# N9286-01Y,   1000 Blue Gentian Road,    Eagan MN 55121-7700
4876973       EDI: WFFC.COM Feb 13 2018 19:18:00     Wells Fargo Bank, NA,   1000 Blue Gentian Road,
              MAC# N9286-01Y,   Eagan, MN 55121-7700
                                                                                              TOTAL: 11
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4794568*     +Penn Waste Inc,   PO Box 3066,   York, PA 17402-0066
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2018                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2018 at the address(es) listed below:

```
              Christopher E Rice    on behalf of Creditor    Members 1st Federal Credit Union
               crice@martsonlaw.com, teckenroad@martsonlaw.com
              Jill  Manuel-Coughlin    on behalf of Creditor    WELLS FARGO BANK, N.A. jill@pkjllc.com,
               chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              Johanna Hill Rehkamp    on behalf of Debtor 1 Michael J Stock jhr@cclawpc.com,
               jlaughman@cclawpc.com;jbartley@cclawpc.com
              Johanna Hill Rehkamp    on behalf of Debtor 2 Linda M Stock jhr@cclawpc.com,
               jlaughman@cclawpc.com;jbartley@cclawpc.com
              Joshua I Goldman    on behalf of Creditor    JP Morgan Chase Bank, NA bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin S Frankel    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. pa-bk@logs.com
              Lawrence V. Young (Trustee)    lyoung@cgalaw.com,
               pa33@ecfcbis.com;tlocondro@cgalaw.com;rminello@cgalaw.com
              Peter E Meltzer    on behalf of Creditor    Manufacturers and Traders Trust Co.
               bankruptcy@wglaw.com, state@wglaw.com
              Robert E Chernicoff    on behalf of Debtor 2 Linda M Stock rec@cclawpc.com,
               jbartley@cclawpc.com;jlaughman@cclawpc.com;jhr@cclawpc.com
              Robert E Chernicoff    on behalf of Debtor 1 Michael J Stock rec@cclawpc.com,
               jbartley@cclawpc.com;jlaughman@cclawpc.com;jhr@cclawpc.com
              Thomas I Puleo    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 12
```

ntasset(B204)(04/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Michael J Stock
Linda M Stock

Debtor(s)

Chapter 7

Case No. 1:16−bk−01373−HWV

Social Security No.:
xxx−xx−5486    xxx−xx−8529

Employer's Tax I.D. No.:

# NOTICE OF NEED TO FILE A PROOF OF CLAIM
# DUE TO RECOVERY OF ASSETS

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before: **May 16, 2018**

Creditors who do not file a proof of claim on or before this date may not share in any distribution from the debtor's estate.

**A PROOF OF CLAIM FORM can be filed electronically using our proof of claim system (ePOC) found on our web page at: http://www.pamb.uscourts.gov – Filing a Claim (ePOC)**

Alternatively, you may file a claim by regular mail with the court at the address listed below using the proof of claim form found at http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx.

To receive acknowledgment of your filing, you may either enclose a stamped, self−addressed envelope and a copy of your proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) to view your filed proof of claim.

There is no fee for filing the proof of claim .

**Any creditor who has filed a proof of claim already need not file another proof of claim.**

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: karendavis, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: February 13, 2018 |