```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 16-01373-HWV
Michael J Stock                                                     Chapter 7
Linda M Stock
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: DGeorge            Page 1 of 1              Date Rcvd: May 15, 2018
                              Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 17, 2018.
db/jdb          +Michael J Stock,   Linda M Stock,   610 Garriston Road,   York Haven, PA 17370-9160

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 15, 2018 at the address(es) listed below:
              Christopher E Rice    on behalf of Creditor    Members 1st Federal Credit Union
               crice@martsonlaw.com,    teckenroad@martsonlaw.com
              Jill Manuel-Coughlin    on behalf of Creditor    WELLS FARGO BANK, N.A. jill@pkjllc.com,
               chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com
              Johanna Hill Rehkamp    on behalf of Debtor 1 Michael J Stock jhr@cclawpc.com,
               jlaughman@cclawpc.com;jbartley@cclawpc.com
              Johanna Hill Rehkamp    on behalf of Debtor 2 Linda M Stock jhr@cclawpc.com,
               jlaughman@cclawpc.com;jbartley@cclawpc.com
              Joshua I Goldman    on behalf of Creditor    JP Morgan Chase Bank, NA bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin S Frankel    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. pa-bk@logs.com
              Lawrence V. Young    on behalf of Trustee Lawrence V. Young (Trustee) lyoung@cgalaw.com,
               tlocondro@cgalaw.com;scomegna@cgalaw.com;hlocke@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.co
               m;jrosenau@cgalaw.com
              Lawrence V. Young (Trustee)    lyoung@cgalaw.com,
               pa33@ecfcbis.com;tlocondro@cgalaw.com;rminello@cgalaw.com
              Peter E Meltzer    on behalf of Creditor    Manufacturers and Traders Trust Co.
               bankruptcy@wglaw.com,    state@wglaw.com
              Robert E Chernicoff    on behalf of Debtor 1 Michael J Stock rec@cclawpc.com,
               jbartley@cclawpc.com;jlaughman@cclawpc.com;jhr@cclawpc.com
              Robert E Chernicoff    on behalf of Debtor 2 Linda M Stock rec@cclawpc.com,
               jbartley@cclawpc.com;jlaughman@cclawpc.com;jhr@cclawpc.com
              Thomas I Puleo    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 13

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>　MICHAEL J. STOCK<br>　LINDA M. STOCK,<br>　　　　　　　　　　Debtors<br><br>LAWRENCE V. YOUNG, TRUSTEE,<br>　　　　　　　　　　Movant<br><br>v.<br><br>MICHAEL J. STOCK<br>AND LINDA M. STOCK,<br>　　　　　　　　　　Respondents | Chapter 7<br><br>Case No. 1-16-bk-01373-HWV |

ORDER APPROVING TRUSTEE'S SECOND MOTION FOR EXTENSION OF TIME
TO FILE A COMPLAINT PURSUANT TO 11 U.S.C. §707(b)
AND/OR OBJECTION TO DISCHARGE AND/OR OTHER DISPOSITIVE MOTIONS

UPON CONSIDERATION of Trustee's Motion seeking an Extension of Time, it is hereby

ORDERED THAT an extension is hereby granted. The deadline by which the Chapter 7 Panel Trustee or the United States Trustee may file a Complaint to Deny the Debtors' Discharge and any other dispositive Motions is hereby extended until July 9, 2018.

Dated: May 15, 2018

By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Bankruptcy Judge (KB)