IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>  MICHAEL J. STOCK<br>  LINDA M. STOCK,<br>                             Debtors<br><br>LAWRENCE V. YOUNG, TRUSTEE,<br>                             Movant<br><br>v.<br><br>DITECH FINANCIAL, LLC, F/K/A GREEN TREE SERVICING, LLC,<br>                             Respondents | Chapter 7<br><br>Case No. 1-16-bk-01373-HWV |

ORDER RESOLVING TRUSTEE'S MOTION FOR SALE OF DEBTORS' REAL ESTATE
KNOWN AS 419 ROSS AVENUE, NEW CUMBERLAND, PENNSYLVANIA
<u>FREE AND CLEAR OF LIENS AND ENCUMBRANCES</u>

UPON A REVIEW of the record revealing that the parties stated in open court and on the record that an agreement had been arrived at, and the within Order having been approved by both Counsel for the Trustee and Counsel for the Debtor, it is hereby

ORDERED THAT the Debtors' objection the Trustee's Motion for Sale of Real Estate is sustained on the terms and conditions contained in this Order. It is further

ORDERED THAT inasmuch as there is sufficient cash either in the hands of the Trustee or in the hands of Debtors' Counsel to pay 100% of the Claims filed in the within case, together with agreed-upon administrative expenses, that cash should be used to the extent necessary for those purposes. It is further

ORDERED THAT the sale of Debtors' real estate known as 419 Ross Avenue, New Cumberland, York County, Pennsylvania is not approved. The sale is unnecessary and, accordingly, not in the best interest of either the creditors or the Debtors. It is further

ORDERED THAT a commission in favor of Campbell Commercial Real Estate, Inc. is approved in the amount of $4,150.00, it having been determined that a ready, willing and able buyer was located by Campbell Commercial Real Estate, Inc. It is further

ORDERED THAT the Trustee shall proceed with the administration of the within case pursuant to the instructions contained herein. It is finally

{01476272/1}

ORDERED THAT Counsel for the Debtor remit sufficient funds to the Trustee to pay all of the creditor claims and administrative expenses envisioned within the terms of this Order, after the Trustee utilizes the funds which the Trustee has on hand.

{01476272/1}