```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                          Case No. 16-01373-HWV
Michael J Stock                                                 Chapter 7
Linda M Stock
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: karendavi          Page 1 of 1          Date Rcvd: Jun 05, 2018
                              Form ID: pdf010          Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2018.
        +Andrew Kussmaul Esquire,   Buckley Madole PC,   14841 Dallas Parkway Suite 300,
          Dallas, TX 75254-7883
        +DiTech Financial LLC,   3000 Bayport Drive Suite 880,   Tampa, FL 33607-8409

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4771064        +E-mail/Text: bankruptcy.bnc@ditech.com Jun 05 2018 19:09:18      Ditech Financial LLC,
        P.O. Box 6172,   Rapid City, SD 57709-6172
                                                                                                TOTAL: 1

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2018 at the address(es) listed below:
      Christopher E Rice    on behalf of Creditor    Members 1st Federal Credit Union
       crice@martsonlaw.com, teckenroad@martsonlaw.com
      Jill Manuel-Coughlin    on behalf of Creditor    WELLS FARGO BANK, N.A. jill@pkjllc.com,
       chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com;mary.raynor-paul@pkallc.com
      Johanna Hill Rehkamp    on behalf of Debtor 1 Michael J Stock jhr@cclawpc.com,
       jlaughman@cclawpc.com;jbartley@cclawpc.com
      Johanna Hill Rehkamp    on behalf of Debtor 2 Linda M Stock jhr@cclawpc.com,
       jlaughman@cclawpc.com;jbartley@cclawpc.com
      Joshua I Goldman    on behalf of Creditor    JP Morgan Chase Bank, NA bkgroup@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Kevin S Frankel    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. pa-bk@logs.com
      Lawrence V. Young    on behalf of Trustee Lawrence V. Young (Trustee) lyoung@cgalaw.com,
       tlocondro@cgalaw.com;scomegna@cgalaw.com;hlocke@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;jrosenau@cgalaw.com
      Lawrence V. Young (Trustee)    lyoung@cgalaw.com,
       pa33@ecfcbis.com;tlocondro@cgalaw.com;rminello@cgalaw.com
      Peter E Meltzer    on behalf of Creditor    Manufacturers and Traders Trust Co.
       bankruptcy@wglaw.com, state@wglaw.com
      Robert E Chernicoff    on behalf of Debtor 1 Michael J Stock rec@cclawpc.com,
       jbartley@cclawpc.com;jlaughman@cclawpc.com;jhr@cclawpc.com
      Robert E Chernicoff    on behalf of Debtor 2 Linda M Stock rec@cclawpc.com,
       jbartley@cclawpc.com;jlaughman@cclawpc.com;jhr@cclawpc.com
      Thomas I Puleo    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. tpuleo@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                TOTAL: 13

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>   MICHAEL J. STOCK<br>   LINDA M. STOCK,<br>                     Debtors<br><br>LAWRENCE V. YOUNG, TRUSTEE,<br>                     Movant<br><br>v.<br><br>DITECH FINANCIAL, LLC, F/K/A GREEN TREE SERVICING, LLC,<br>                     Respondents | Chapter 7<br><br>Case No. 1-16-bk-01373-HWV |

### ORDER RESOLVING TRUSTEE'S MOTION FOR SALE OF DEBTORS' REAL ESTATE KNOWN AS 419 ROSS AVENUE, NEW CUMBERLAND, PENNSYLVANIA <u>FREE AND CLEAR OF LIENS AND ENCUMBRANCES</u>

UPON A REVIEW of the record revealing that the parties stated in open court and on the record that an agreement had been arrived at, and the within Order having been approved by both Counsel for the Trustee and Counsel for the Debtor, it is hereby

ORDERED THAT the Debtors' objection the Trustee's Motion for Sale of Real Estate is sustained on the terms and conditions contained in this Order. It is further

ORDERED THAT inasmuch as there is sufficient cash either in the hands of the Trustee or in the hands of Debtors' Counsel to pay 100% of the Claims filed in the within case, together with agreed-upon administrative expenses, that cash should be used to the extent necessary for those purposes. It is further

ORDERED THAT the sale of Debtors' real estate known as 419 Ross Avenue, New Cumberland, York County, Pennsylvania is not approved. The sale is unnecessary and, accordingly, not in the best interest of either the creditors or the Debtors. It is further

ORDERED THAT a commission in favor of Campbell Commercial Real Estate, Inc. is approved in the amount of $4,150.00, it having been determined that a ready, willing and able buyer was located by Campbell Commercial Real Estate, Inc. It is further

ORDERED THAT the Trustee shall proceed with the administration of the within case pursuant to the instructions contained herein. It is finally

ORDERED THAT Counsel for the Debtor remit sufficient funds to the Trustee to pay all of the creditor claims and administrative expenses envisioned within the terms of this Order, after the Trustee utilizes the funds which the Trustee has on hand.

Dated: June 05, 2018

By the Court,

Henry W. Van Eck, Bankruptcy Judge (KB)