```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                              Case No. 16-01373-HWV
Michael J Stock                                                     Chapter 7
Linda M Stock
         Debtors                      CERTIFICATE OF NOTICE
District/off: 0314-1          User: KADavis              Page 1 of 2          Date Rcvd: Jul 13, 2018
                              Form ID: 318               Total Noticed: 37
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 15, 2018.
```
db/jdb       +Michael J Stock,    Linda M Stock,    610 Garriston Road,    York Haven, PA 17370-9160
cr           +Ditech Financial LLC,    14841 Dallas Parkway, Suit 300,    Dallas, TX 75254-7883
cr           +JPMORGAN CHASE BANK, N.A.,    c/o Kevin S. Frankel, Esquire,   Shapiro & DeNardo, LLC,
               3600 Horizon Drive,    Suite 150,    King of Prussia, PA 19406-4702
4771056      +ADP MECHANICSBURG,    930 CENTURY DRIVE,    MECHANICSBURG, PA 17055-4504
4771057      +Bowlers Supply, Inc,    2187 Pennsylvania Ave,    York, PA 17404-3294
4771058      +CGA Law Firm, PC,    135 N. George St,    York, PA 17401-1135
4771059      +Chase,   PO Box 469030,    Glendale, CO 80246-9030
4771061      +Colombia Gas of Pennsylvania,    P.O. Box 74537,    Cincinnati, OH 45274-0001
4771062      +Comcast,    P.O. Box 985,    Toledo, OH 43697-0985
4771063      +De Lage Landed Financial,    P.o. box 41602,    Philadelphia, PA 19101-1602
4771065      +Hunter Warfield,    P.O. Box 1022,    Wixom, MI 48393-1022
4831639       JPMorgan Chase Bank, National Association,    Chase Records Center,    Attn: Correspondence Mail,
               Mail Code LA4-5555,    Monroe, LA 71203
4831640      +JPMorgan Chase Bank, National Association,    Chase Records Center,    Attn: Correspondence Mail,
               Mail Code La4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
4771066      +Judith Miller,    2326 Stoverstown Road,    Spring Grove, PA 17362-7825
4771069     +++METROPOLITAN EDISON COMPANY,    P.O. Box 3687,    Akron, OH 44309-3687
4781604      +Members 1st Federal Credit Union,    Christopher E. Rice,    Martson Law Offices,
               10 E. High Street,    Carlisle, PA 17013-3093
4771070      +Penn Waste,    P.O. Box 3066,    York, PA 17402-0066
4771071      +Peter E. Meltzer, Esquire,    2000 Market Street,    13th Floor,    Philadelphia, PA 19103-3204
4771072      +RMS,   1250 E. Diehl Rd,    Suite,    Naperville, IL 60563-9388
4771073      +SBA (SEDA-COG),    201 Furnace Road,    Lewisburg, PA 17837-8043
4771074      +Travelers Indemnity Co,    P.O. box 361136,    Columbus, OH 43236-1136
4771075      +W.B. Mason,    59 Centre St,    Brockton, MA 02301-4075
4771076      +West Manchester Township,    380 East Berlin Road,    York, PA 17408-8700
4771077      +Wholesale Collectors,    P.O. Box 5213,    Janesville, WI 53547-5213
4771078       York County Tax Claim Bureau,    28 East Market Street, Room 110,    York, PA 17401-1577
4771079      +York Water Company,    130 East Market Street,    York, PA 17401-1219
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr           +E-mail/Text: unger@members1st.org Jul 13 2018 19:05:06     Members 1st Federal Credit Union,
               5000 Louise Drive,    Mechanicsburg, PA 17055-4899
cr            EDI: RECOVERYCORP.COM Jul 13 2018 23:08:00      Recovery Management Systems Corporation,
               25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
4792198       EDI: CAPITALONE.COM Jul 13 2018 23:08:00      Capital One Bank (USA), N.A.,   PO Box 71083,
               Charlotte, NC 28272-1083
4877525      +EDI: CHASE.COM Jul 13 2018 23:08:00      Chase,   PO Box 15298,    Wilmington DE 19850-5298
4771060      +EDI: CHASE.COM Jul 13 2018 23:08:00      Chase/Bank One Card Services,    PO box 15298,
               Wilmington, DE 19850-5298
4771064      +E-mail/Text: bankruptcy.bnc@ditech.com Jul 13 2018 19:04:47     Ditech Financial LLC,
               P.O. Box 6172,    Rapid City, SD 57709-6172
4771067       E-mail/Text: camanagement@mtb.com Jul 13 2018 19:04:48     M&T Bank,    1 Fountain Plaza,
               Floor 4,    Buffalo, NY 14203
4771068      +E-mail/Text: unger@members1st.org Jul 13 2018 19:05:06     Members 1st FCU,    5000 Louise Drive,
               Mechanicsburg, PA 17055-4899
4808002       EDI: RECOVERYCORP.COM Jul 13 2018 23:08:00      Recovery Management Systems Corporation,
               25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
4816089       EDI: WFFC.COM Jul 13 2018 23:08:00      Wells Fargo Bank, N.A.,   Default Document Processing,
               MAC# N9286-01Y,    1000 Blue Gentian Road,    Eagan MN 55121-7700
4876973       EDI: WFFC.COM Jul 13 2018 23:08:00      Wells Fargo Bank, NA,   1000 Blue Gentian Road,
               MAC# N9286-01Y,    Eagan, MN 55121-7700
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4794568*     +Penn Waste Inc,    PO Box 3066,    York, PA 17402-0066
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2018 at the address(es) listed below:

```
              Christopher E Rice    on behalf of Creditor    Members 1st Federal Credit Union
               crice@martsonlaw.com,   teckenroad@martsonlaw.com
              Jill  Manuel-Coughlin    on behalf of Creditor    WELLS FARGO BANK, N.A. jill@pkjllc.com,
               chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com
              Johanna Hill Rehkamp     on behalf of Debtor 1 Michael J Stock jhr@cclawpc.com,
               jlaughman@cclawpc.com;jbartley@cclawpc.com
              Johanna Hill Rehkamp     on behalf of Debtor 2 Linda M Stock jhr@cclawpc.com,
               jlaughman@cclawpc.com;jbartley@cclawpc.com
              Joshua I Goldman    on behalf of Creditor    JP Morgan Chase Bank, NA bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin S Frankel    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. pa-bk@logs.com
              Lawrence V. Young    on behalf of Trustee Lawrence V. Young (Trustee) lyoung@cgalaw.com,
               tlocondro@cgalaw.com;scomegna@cgalaw.com;hlocke@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.co
               m;jrosenau@cgalaw.com
              Lawrence V. Young (Trustee)     lyoung@cgalaw.com,
               pa33@ecfcbis.com;tlocondro@cgalaw.com;rminello@cgalaw.com
              Peter E Meltzer    on behalf of Creditor    Manufacturers and Traders Trust Co.
               bankruptcy@wglaw.com,   state@wglaw.com
              Robert E Chernicoff    on behalf of Debtor 2 Linda M Stock rec@cclawpc.com,
               jbartley@cclawpc.com;jlaughman@cclawpc.com;jhr@cclawpc.com
              Robert E Chernicoff    on behalf of Debtor 1 Michael J Stock rec@cclawpc.com,
               jbartley@cclawpc.com;jlaughman@cclawpc.com;jhr@cclawpc.com
              Thomas I Puleo    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 13
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Michael J Stock** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx−xx−5486 <br> EIN   _ _−_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Linda M Stock** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx−xx−8529 <br> EIN   _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Middle District of Pennsylvania** | | |
| Case number:   **1:16−bk−01373−HWV** | | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Michael J Stock          Linda M Stock

**By the court:**   *Henry W. Van Eck* (signature)

July 13, 2018

Honorable Henry W. Van Eck
United States Bankruptcy Judge

By: KADavis, Deputy Clerk

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**