In re: STOCK, MICHAEL J § Case No. 1:16-01373-HWV
      STOCK, LINDA M §
§
Debtor(s) §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 13 of the United States Bankruptcy Code was filed on April 01, 2016. The case was converted to one under Chapter 7 on November 06, 2017. The undersigned trustee was appointed on November 06, 2017.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of     $     10,236.41

| Funds were disbursed in the following amounts: | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 4,150.00 |
| Bank service fees | 60.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 6,026.41 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 05/16/2018 and the deadline for filing governmental claims was 09/28/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,773.64. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,773.64, for a total compensation of $1,773.64.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $35.00, for total expenses of $35.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/07/2018           By: /s/LAWRENCE V. YOUNG, TRUSTEE
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | | | | |
|---|---|---|---|---|
| **Case Number:** | 1:16-01373-HWV | **Trustee:** | (580410) | LAWRENCE V. YOUNG, TRUSTEE |
| **Case Name:** | STOCK, MICHAEL J | **Filed (f) or Converted (c):** | 11/06/17 (c) | |
| | STOCK, LINDA M | **§341(a) Meeting Date:** | 01/10/18 | |
| **Period Ending:** | 08/07/18 | **Claims Bar Date:** | 05/16/18 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  610 Garriston Rd, York Haven, PA 17370-0000, Yor  The cost of liquidating this asset would consume any non-exempt equity | 299,000.00 | 5,799.53 | | 0.00 | FA |
| 2  419 Ross Ave, New Cumberland, PA 17070-0000, Cum  Court Order denying Trustee's Motion for Sale entered 6/5/2018 (Docket #138) | 137,000.00 | 27,586.00 | | 0.00 | FA |
| 3  876-878 School House Lane, Lewisberry, PA 17339-  Amount of lien per POC filed 9/12/2016. The Trustee will not liquidate asset as there are already sufficient funds in the Estate to pay all creditors in full. | 123,000.00 | 4,270.26 | | 0.00 | FA |
| 4  54 Lexton Street, York, PA 17404-0000, York Coun (u)  Asset was sold while case was in Chapter 13 | 79,900.00 | 0.00 | | 0.00 | FA |
| 5  Checking: Members 1st  Imported from Amended Doc#: 72 | 1,430.42 | 0.00 | | 0.00 | FA |
| 6  Savings: Members 1st  Account balance as of date of conversion was $9,000. The Trustee needed only $4,600 to pay all claims in full with interest. | 33,703.11 | 32,633.53 | | 4,665.00 | FA |
| 7  Checking: Santander  The Trustee will not liquidate asset as there are already sufficient funds in the Estate to pay all creditors in full. | 2,056.32 | 2,056.32 | | 0.00 | FA |
| 8  Savings: Metro Bank  The Trustee will not liquidate asset as there are already sufficient funds in the Estate to pay all creditors in full. | 800.00 | 800.00 | | 0.00 | FA |
| 9  Kitchen table with 6 chairs, dining room table w  Imported from Amended Doc#: 72 | 10,000.00 | 0.00 | | 0.00 | FA |
| 10  Normal wearing appearal  Imported from Amended Doc#: 72 | 200.00 | 0.00 | | 0.00 | FA |
| 11  Engagement ring, wedding bands and costume jewel  Imported from Amended Doc#: 72 | 2,500.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 1:16-01373-HWV  **Trustee:** (580410) LAWRENCE V. YOUNG, TRUSTEE
**Case Name:** STOCK, MICHAEL J  **Filed (f) or Converted (c):** 11/06/17 (c)
STOCK, LINDA M  **§341(a) Meeting Date:** 01/10/18
**Period Ending:** 08/07/18  **Claims Bar Date:** 05/16/18

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 12 MetLifeTerm Policy: Michael or Linda Stock (u)  Imported from Amended Doc#: 72 | 0.00 | 0.00 | | 0.00 | FA |
| 13 MetLife Wole Life Policy: Michael Stock  Imported from Amended Doc#: 72 | 4,500.00 | 0.00 | | 0.00 | FA |
| 14 MetLife Whole Life Policy: Linda Stock  Imported from Amended Doc#: 72 | 5,300.00 | 0.00 | | 0.00 | FA |
| 15 Washington National Whole Life Policy: Michael S  Imported from Amended Doc#: 72 | 0.00 | 0.00 | | 0.00 | FA |
| 16 IRA: Fidelity-00618602700  Imported from original petition Doc# 40 | 58,215.61 | 0.00 | | 0.00 | FA |
| 17 IRA: Fidelity -00618602692  Imported from original petition Doc# 40 | 16,551.00 | 0.00 | | 0.00 | FA |
| 18 IRA: Edge - 8L7-30P02  Imported from original petition Doc# 40 | 20,074.27 | 0.00 | | 0.00 | FA |
| 19 IRA: Fidelity -00700329444 (u)  Imported from Amended Doc#: 72 | 78,781.46 | 0.00 | | 0.00 | FA |
| 20 IRA: Fidelity 00700329469 (u)  Imported from Amended Doc#: 72 | 45,479.68 | 0.00 | | 0.00 | FA |
| 21 Stock Mechanicals, Inc. Assets: 2006 Ford F350,  Assets are owned by corporation | 17,500.00 | 17,500.00 | | 0.00 | FA |
| 22 M&L, LLC d/b/a Lincoln Bowling Center Ati assets (u)  Imported from Amended Doc#: 72 | 0.00 | 0.00 | | 0.00 | FA |
| 23 2001 Toyota Sequoia, 230,000.00 miles. Entire pr  Imported from Amended Doc#: 72 | 2,100.00 | 0.00 | | 0.00 | FA |
| 24 Misc tools  The Trustee will not liquidate asset as there are already sufficient funds in the Estate to pay all creditors in full. | 10,000.00 | 5,250.00 | | 0.00 | FA |
| 25 Timeshare in Virginia Beach (u)  Imported from Amended Doc#: 72 | 0.00 | 0.00 | | 0.00 | FA |
| 26 Funds turned over by Chapter 13 Trustee (u) | 5,571.41 | 5,571.41 | | 5,571.41 | FA |
| **26 Assets Totals** (Excluding unknown values) | **$953,663.28** | **$101,467.05** | | **$10,236.41** | **$0.00** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 1:16-01373-HWV  **Trustee:** (580410) LAWRENCE V. YOUNG, TRUSTEE
**Case Name:** STOCK, MICHAEL J  **Filed (f) or Converted (c):** 11/06/17 (c)
STOCK, LINDA M  **§341(a) Meeting Date:** 01/10/18
**Period Ending:** 08/07/18  **Claims Bar Date:** 05/16/18

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Major Activities Affecting Case Closing:**

The Trustee has agreed to liquidate assets to the extent needed to pay all allowed claims 100%.

**Initial Projected Date Of Final Report (TFR):**   June 30, 2018        **Current Projected Date Of Final Report (TFR):**   July 31, 2018

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 16-01373 HWV | | Trustee: | LAWRENCE V. YOUNG, TRUSTEE (580410) |
|---|---|---|---|---|
| Case Name: | STOCK, MICHAEL J | | Bank Name: | Rabobank, N.A. |
| | STOCK, LINDA M | | Account: | ******7066 - Checking Account |
| Taxpayer ID #: | **-***9575 | | Blanket Bond: | $8,132,694.00 (per case limit) |
| Period Ending: | 08/07/18 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/14/18 | {26} | Charles J. DeHart, III | Turnover of funds by Chapter 13 Trustee | 1290-000 | 4,506.45 | | 4,506.45 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,496.45 |
| 03/12/18 | {26} | Charles J. DeHart, III | Turnover of funds by Chapter 13 Trustee | 1290-000 | 1,064.96 | | 5,561.41 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,551.41 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,541.41 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,531.41 |
| 06/13/18 | 101 | Campbell Commercial Real Estate, Inc. | Payment pursuant to Court Order dated 6/5/2018 | 3510-000 | | 4,150.00 | 1,381.41 |
| 06/27/18 | {6} | Cunningham, Chernicoff & Warshawsky, P.C. | Turnover of non-exempt portion of asset needed to complete distribution | 1129-000 | 4,600.00 | | 5,981.41 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,971.41 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,961.41 |
| 08/02/18 | {6} | Cunningham, Chernicoff & Warshawsky, P.C. | Turnover of non-exempt portion of asset needed to complete distribution | 1129-000 | 65.00 | | 6,026.41 |
| | | | **ACCOUNT TOTALS** | | 10,236.41 | 4,210.00 | **$6,026.41** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 10,236.41 | 4,210.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$10,236.41** | **$4,210.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******7066** | 10,236.41 | 4,210.00 | 6,026.41 |
| | **$10,236.41** | **$4,210.00** | **$6,026.41** |

{} Asset reference(s)

Printed: 10/11/2018 02:04 PM V.14.14

# Exhibit C Claims Register

## Case: 1:16-01373-HWV    STOCK, MICHAEL J

Claims Bar Date:  05/16/18

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
|  | Campbell Commercial Real Estate, Inc. | Admin Ch. 7  11/06/17 |  | $4,150.00  $4,150.00 | $4,150.00 | $0.00 |
|  |  |  | Approved by Court Order dated 6/5/2018 (Docket #138) |  |  |  |
|  | <3510-00   Realtor for Trustee Fees (Real Estate Commissions)>,  200 |  |  |  |  |  |
|  | LAWRENCE V. YOUNG, TRUSTEE  135 NORTH GEORGE STREET  YORK, PA 17401 | Admin Ch. 7  11/06/17 |  | $35.00  $35.00 | $0.00 | $35.00 |
|  | <2200-00   Trustee Expenses>,  200 |  |  |  |  |  |
|  | LAWRENCE V. YOUNG, TRUSTEE  135 NORTH GEORGE STREET  YORK, PA 17401 | Admin Ch. 7  11/06/17 |  | $1,773.64  $1,773.64 | $0.00 | $1,773.64 |
|  |  |  | [Updated by Surplus to Debtor Report based on Net Estate Value: 10236.41] |  |  |  |
|  | <2100-00   Trustee Compensation>,  200 |  |  |  |  |  |
| 1 | Members 1st Federal Credit Union  Christopher E. Rice  Martson Law Offices,10 E. High Street  Carlisle, PA 17013 | Secured  04/22/16 | Secured in real estate | $93,053.94  $0.00 | $0.00 | $0.00 |
|  | <4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 |  |  |  |  |  |
| 2 | M&T Bank  1 Fountain Plaza  Floor 4  Buffalo, NY 14203 | Unsecured  05/17/16 | Claim withdrawn | $105,652.96  $0.00 | $0.00 | $0.00 |
|  | <7100-00   General Unsecured § 726(a)(2)>,  610 |  |  |  |  |  |
| 3 | Capital One Bank (USA), N.A.  PO Box 71083  Charlotte, NC 28272-1083 | Unsecured  05/19/16 | Claim reviewed. $24.98 paid by the Chapter 13 trustee. | $761.15  $736.17 | $0.00 | $736.17 |
|  | <7100-00   General Unsecured § 726(a)(2)>,  610 |  |  |  |  |  |
| 3I | Capital One Bank (USA), N.A.  PO Box 71083  Charlotte, NC 28272-1083 | Unsecured  05/19/16 |  | $10.73  $10.73 | $0.00 | $10.73 |
|  | <7990-00   Surplus Cases Interest on Unsecured Claims (including priority)>,  640 |  |  |  |  |  |
| 4 | Penn Waste Inc  PO Box 3066  York, PA 17402 | Unsecured  05/26/16 | Invoice #3466730 | $53.00  $53.00 | $0.00 | $53.00 |
|  | <7100-00   General Unsecured § 726(a)(2)>,  610 |  |  |  |  |  |

# Exhibit C Claims Register

## Case: 1:16-01373-HWV   STOCK, MICHAEL J

Claims Bar Date:  05/16/18

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 4I | Penn Waste Inc<br>PO Box 3066<br>York, PA 17402<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)>,  640 | Unsecured<br>05/26/16 | | $0.77<br>$0.77 | $0.00 | $0.77 |
| 5 | Penn Waste Inc<br>PO Box 3066<br>York, PA 17402<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>05/26/16 | Invoice #3559029 | $106.00<br>$106.00 | $0.00 | $106.00 |
| 5I | Penn Waste Inc<br>PO Box 3066<br>York, PA 17402<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)>,  640 | Unsecured<br>05/26/16 | | $1.54<br>$1.54 | $0.00 | $1.54 |
| 6 | Penn Waste Inc<br>PO Box 3066<br>York, PA 17402<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>05/26/16 | Invoice #3466732 | $53.00<br>$53.00 | $0.00 | $53.00 |
| 6I | Penn Waste Inc<br>PO Box 3066<br>York, PA 17402<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)>,  640 | Unsecured<br>05/26/16 | | $0.77<br>$0.77 | $0.00 | $0.77 |
| 7 | Wells Fargo Bank, N.A.<br>Default Document Processing<br>MAC# N9286-01Y,1000 Blue Gentian Road<br>Eagan, MN 55121-7700<br><4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | Secured<br>07/27/16 | Secured in real estate | $83,986.83<br>$0.00 | $0.00 | $0.00 |
| 8 | JPMorgan Chase Bank, National Association<br>Chase Records Center,Attn: Correspondence Mail,Mail Code La4-5555,7<br>Monroe, LA 71203<br><4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | Secured<br>09/12/16 | Secured in real estate | $118,729.74<br>$0.00 | $0.00 | $0.00 |
| 9 | Penn Waste<br>P.O. Box 3066<br>York, PA 17402<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>02/21/18 | Duplicate of claims 4, 5 and 6 | $212.00<br>$0.00 | $0.00 | $0.00 |

# Exhibit C Claims Register

## Case: 1:16-01373-HWV   STOCK, MICHAEL J

Claims Bar Date: 05/16/18

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| CGA | CGA Law Firm | Admin Ch. 7 <br> 11/06/17 | | $3,216.00 <br> $3,216.00 | $0.00 | $3,216.00 |
| | <3110-00   Attorney for Trustee Fees (Trustee Firm)>,  200 | | | | | |
| CGA | CGA Law Firm | Admin Ch. 7 <br> 11/06/17 | | $41.13 <br> $41.13 | $0.00 | $41.13 |
| | <3120-00   Attorney for Trustee Expenses (Trustee Firm)>,  200 | | | | | |
| | | | **Case Total:** | | **$4,150.00** | **$6,027.75** |

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 1:16-01373-HWV
Case Name: STOCK, MICHAEL J
Trustee Name: LAWRENCE V. YOUNG, TRUSTEE

**Balance on hand:** $ 6,026.41

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 6,026.41

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - LAWRENCE V. YOUNG, TRUSTEE | 1,773.64 | 0.00 | 1,773.64 |
| Trustee, Expenses - LAWRENCE V. YOUNG, TRUSTEE | 35.00 | 0.00 | 35.00 |
| Attorney for Trustee, Fees - CGA Law Firm | 3,216.00 | 0.00 | 3,216.00 |
| Attorney for Trustee, Expenses - CGA Law Firm | 41.13 | 0.00 | 41.13 |

Total to be paid for chapter 7 administration expenses: $ 5,065.77
Remaining balance: $ 960.64

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 960.64

**UST Form 101-7-TFR (05/1/2011)**

Case 1:16-bk-01373-HWV    Doc 145    Filed 10/18/18    Entered 10/18/18 13:55:51    Desc
Main Document    Page 10 of 12

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 960.64 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 948.17 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | Capital One Bank (USA), N.A. | 736.17 | 0.00 | 736.17 |
| 4 | Penn Waste Inc | 53.00 | 0.00 | 53.00 |
| 5 | Penn Waste Inc | 106.00 | 0.00 | 106.00 |
| 6 | Penn Waste Inc | 53.00 | 0.00 | 53.00 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 948.17 |
| Remaining balance: | $ | 12.47 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 12.47 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: **$** 0.00
Remaining balance: **$** 12.47

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.6% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $12.47. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

**UST Form 101-7-TFR (05/1/2011)**